CLAYTON C. MAUCH, Respondent, *v.* THE SUPREME TRIBE OF BEN HUR, Appellant.

*Mauch* v. *Supreme Tribe of Ben Hur,* 100 App. Div 49, affirmed.
(Argued January 24, 1906; decided February 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 20, 1904, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*P. S. Collins* for appellant.

*Henry Donnelly* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and CHASE, JJ. Not sitting: HISCOCK, J.

---

WILLIAM G. CHAMBERS, Respondent, *v.* HENRY A. HOWARD, Individually and as Executor of CLARISSA ORDWAY, Deceased, Appellant.

*Chambers* v. *Howard,* 99 App. Div. 619, affirmed.
(Argued January 24, 1906; decided February 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 8, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*John L. Hill* for appellant.

*J. A. Kellogg* and *H. P. King,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and HISCOCK, JJ. Not sitting: CHASE, J.